CO-386
10/2018

# United States District Court
# For the District of Columbia

Center for Biological Diversity )
)
)
)
Plaintiff )
vs )  Civil Action No._____
)
U.S. Department of Energy )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Biological Diversity_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_446189_____     /s/ Howard M. Crystal_____
BAR IDENTIFICATION NO.                                  Print Name

1411 K. St. NW Suite 1300_____
Address

Washington DC_____   20005_____
City                  State                Zip Code

202-809-6926_____
Phone Number