IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff*, v. U.S. DEPARTMENT OF ENERGY, *Defendant*. | Civ. A. No. 20-0120 (EGS) |

## JOINT REPORT

Pursuant to the Court's February 27, 2020 Minute Order, the parties, through counsel, have conferred and report as follows:

1. On the status of the Freedom of Information Act ("FOIA") request that is the subject of this action, the parties report that on November 14, 2019, the Department of Energy ("DOE") granted the Center for Biological Diversity's ("Center") request for a fee waiver, and directed the Golden Field Office to process the Center's October 29, 2019, request.

2. With regard to the anticipated number of documents responsive to the Center's FOIA request, DOE reports that it has thus far identified one responsive document consisting of 591 pages.

3. As regards the date of release, DOE anticipates making a final production by this Friday, March 27, 2020.

4. As regards a motion for an Open America stay, DOE reports that it does not presently anticipate such a motion.

5. With respect to whether a *Vaughn* index will be required in this case, the parties will confer on this after Plaintiff reviews the expected production. If Plaintiff has questions or

concerns regarding the basis for any withholdings, the parties will attempt to resolve those issues informally before resorting to the Court.

6. The parties do not believe the case would benefit from referral to a magistrate judge or the District Court's Mediation Program at this time.

7. As regards a briefing schedule, the parties propose to defer proposing a schedule until the Center has had an opportunity to review any records produced by DOE and the bases for any withholdings. The parties will first meet and confer in an effort to resolve any remaining disputed issues before requesting that the Court establish a briefing schedule.

8. In light of the above, the parties propose to file another joint status report on or before April 24, 2020, identifying any outstanding disputed issues and proposing a schedule for any further proceedings.

Dated: March 25, 2020                                Respectfully submitted,

 /s/ Howard M. Crystal                                TIMOTHY J. SHEA
Howard M. Crystal                                     D.C. Bar No. 437437
(D.C. Bar No. 446189)                                 United States Attorney
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street N.W., Suite 1300                        DANIEL F. VAN HORN
Washington, D.C. 20005                                D.C. Bar No. 924092
Telephone: 202-809-6926                               Chief, Civil Division
Email: hcrystal@biologicaldiversity.org

                                                      By: /s/ Daniel P. Schaefer
*Attorney for Plaintiff*                              DANIEL P. SCHAEFER
                                                      D.C. Bar No. 996871
                                                      Assistant United States Attorney
                                                      555 4th Street, N.W.
                                                      Washington, D.C. 20530
                                                      (202) 252-2531
                                                      Daniel.Schaefer@usdoj.gov

                                                      *Counsel for Defendant*