IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff*, v. U.S. DEPARTMENT OF ENERGY, *Defendant*. | Civ. A. No. 20-0120 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's March 25, 2020 Minute Order directing the parties to provide a Joint Status Report with a recommendation for further proceedings, the parties, through counsel, report as follows:

1. On March 25, 2020 the Center for Biological Diversity ("Center") received the first set of records responsive to the Center's October 29, 2019 Freedom of Information Act ("FOIA") request to the Department of Energy ("DOE"). The records consist of responsive emails.

2. As detailed in the Center's Complaint, the Center agreed to initially receive emails on the condition that they could review that response and seek further responsive records identified in those emails. Complaint ¶ 24. Accordingly, on April 13, 2020 the Center sent DOE, through counsel, a list of additional requested responsive records.

3. DOE is processing the additional records, and currently anticipates providing the Center a further response on or about May 15, 2020. As reflected in the parties' initial Status Report, at that point the parties will meet and confer in an effort to resolve or at least narrow any remaining disputed issues before proposing any briefing schedule.

4. In light of the above, the parties propose to file another joint status report on or before May 26, 2020, with an update on the status of DOE's responses and identifying any outstanding disputed issues and proposing a schedule for any further proceedings.

A Proposed Order is Attached.

| | |
|---|---|
| Dated: April 24, 2020 | Respectfully submitted, |
| /s/ Howard M. Crystal<br>HOWARD M. CRYSTAL<br>(D.C. Bar No. 446189)<br>ANCHUN JEAN SU<br>((DC Bar No. CA285167)<br><br>CENTER FOR BIOLOGICAL DIVERSITY<br>1411 K Street N.W., Suite 1300<br>Washington, D.C. 20005<br>Telephone: 202-809-6926<br>Email: hcrystal@biologicaldiversity.org<br><br>*Attorney for Plaintiff* | TIMOTHY J. SHEA<br>D.C. Bar No. 437437<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>By: /s/ Daniel P. Schaefer<br>DANIEL P. SCHAEFER<br>D.C. Bar No. 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2531<br>Daniel.Schaefer@usdoj.gov<br><br>*Counsel for Defendant* |