IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>*Defendant*. | Civ. A. No. 20-0120 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's May 4, 2020, Minute Order directing the parties to provide a Joint Status Report with a recommendation for further proceedings, the parties, through counsel, report as follows:

1. As noted in the parties last Joint Status Report (ECF No. 10), the Department of Energy ("DOE") has continued to process the Center for Biological Diversity's ("Center") FOIA request to produce additional records. Given the timing of the most recent production, the parties require additional time to meet and confer in an effort to resolve or at least narrow any remaining disputed issues before proposing any briefing schedule.

2. Accordingly, the parties propose to file another joint status report on or before June 25, 2020, identifying any outstanding disputed issues and proposing a schedule for any further proceedings.

A Proposed Order is Attached.

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully submitted, |
| | |
| | MICHAEL R. SHERWIN |
| */s/ Howard M. Crystal* | Acting United States Attorney |
| HOWARD M. CRYSTAL | |
| (D.C. Bar No. 446189) | DANIEL F. VAN HORN |
| ANCHUN JEAN SU | D.C. Bar No. 924092 |
| ((DC Bar No. CA285167) | Chief, Civil Division |
| | |
| CENTER FOR BIOLOGICAL DIVERSITY | By: */s/ Daniel P. Schaefer* |
| 1411 K Street N.W., Suite 1300 | DANIEL P. SCHAEFER |
| Washington, D.C. 20005 | D.C. Bar No. 996871 |
| Telephone: 202-809-6926 | Assistant United States Attorney |
| Email: hcrystal@biologicaldiversity.org | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| *Attorney for Plaintiff* | (202) 252-2531 |
| | Daniel.Schaefer@usdoj.gov |
| | |
| | *Counsel for Defendant* |