IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>*Defendant*. | Civ. A. No. 20-0120 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 27, 2020, Minute Order directing the parties to provide a Joint Status Report with a recommendation for further proceedings, the parties, through counsel, report as follows.  On June 18, 2020, Plaintiff sent to Defendant a proposal for narrowing the remaining issues for litigation or further discussion.  If accepted by Defendant, Plaintiff's scheduling proposal would involve as a next step Defendant preparing a draft *Vaughn* index addressing specific documents or categories of documents that Plaintiff identified in the June 18 letter.  Defendant requires additional time to review and respond to Plaintiff's narrowing and scheduling proposal.  The parties therefore propose to file another Joint Status Report on or before July 20, 2020, with a status update and proposed schedule for further proceedings.  A Proposed Order is Attached.

| | |
|---|---|
| Dated: June 19, 2020 | Respectfully submitted, |
| | |
| | MICHAEL R. SHERWIN |
| */s/ Howard M. Crystal* | Acting United States Attorney |
| HOWARD M. CRYSTAL | |
| (D.C. Bar No. 446189) | DANIEL F. VAN HORN |
| ANCHUN JEAN SU | D.C. Bar No. 924092 |
| ((DC Bar No. CA285167) | Chief, Civil Division |
| | |
| CENTER FOR BIOLOGICAL DIVERSITY | By: */s/ Daniel P. Schaefer* |
| 1411 K Street N.W., Suite 1300 | DANIEL P. SCHAEFER |
| Washington, D.C. 20005 | D.C. Bar No. 996871 |
| Telephone: 202-809-6926 | Assistant United States Attorney |
| Email: hcrystal@biologicaldiversity.org | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| *Attorney for Plaintiff* | (202) 252-2531 |
| | Daniel.Schaefer@usdoj.gov |
| | |
| | *Counsel for Defendant* |