IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. DEPARTMENT OF ENERGY,

*Defendant*.

Civ. A. No. 20-0120 (EGS)

## JOINT STATUS REPORT

Pursuant to the Court's June 22, 2020, Minute Order, the parties, through counsel, provide this Joint Status Report. As requested by Plaintiff, Defendant U.S. Department of Energy has been working on a draft *Vaughn* index that will explain the basis for the withholdings in the documents that Plaintiff identified in its June 18 letter. A draft *Vaughn* index is underway, and Defendant currently anticipates sending the *Vaughn* index to Plaintiff on or around August 19, 2020.

In order to give Plaintiff sufficient time to review the *Vaughn* index, and to accommodate summer vacation schedule, the parties propose to file another Joint Status Report on or before August 31, 2020, with a status update and proposed schedule for further proceedings. A Proposed Order is Attached.

| | |
|---|---|
| Dated: July 20, 2020 | Respectfully submitted, |
| | |
| | MICHAEL R. SHERWIN |
| /s/ Howard M. Crystal | Acting United States Attorney |
| HOWARD M. CRYSTAL | |
| (D.C. Bar No. 446189) | DANIEL F. VAN HORN |
| ANCHUN JEAN SU | D.C. Bar No. 924092 |
| ((DC Bar No. CA285167) | Chief, Civil Division |
| | |
| CENTER FOR BIOLOGICAL DIVERSITY | By: /s/ Daniel P. Schaefer |
| 1411 K Street N.W., Suite 1300 | DANIEL P. SCHAEFER |
| Washington, D.C. 20005 | D.C. Bar No. 996871 |
| Telephone: 202-809-6926 | Assistant United States Attorney |
| Email: hcrystal@biologicaldiversity.org | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| *Attorney for Plaintiff* | (202) 252-2531 |
| | Daniel.Schaefer@usdoj.gov |
| | |
| | *Counsel for Defendant* |